IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| Darryl L. Weber, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-0395-CV-W-JTM |
| | ) | |
| Mark One Electric Co., Inc., | ) | |
| Linda Privitera, | ) | |
| Carl J. Privetera, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is plaintiff's pro se *Motion To Dismiss Case Without Prejudice,* filed August 2, 2013 [Doc. 13]. After due consideration of the issues presented, and for good cause appearing, and no objection having been interposed, the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

                                           */s/ John T. Maughmer*
                                                       **John T. Maughmer**
                                      **United States Magistrate Judge**